|  |  |
|---|---|
| AEQUUS TECHNOLOGIES, LLC, et al., : | UNITED STATES DISTRICT COURT |
| Plaintiff(s) : | DISTRICT OF NEW JERSEY |
| -vs- : | Hon. William H. Walls<br>Civil Action No. 03-5139 (WHW) (CCC) |
| GH, LLC, et al.,<br>OF THE COUNTY OF PASSAIC et al : | ORDER ON ORAL MOTION<br>SCHEDULING CONFERENCE |
| Defendant(s) : |  |

**THIS MATTER** having been brought before the Court for a scheduling conference on December 3, 2009; and for good cause shown:

**IT IS** on this 7th day of December, 2009

**ORDERED THAT:**

1. Fact discovery is closed.

2. The period for submission of affirmative expert reports is closed. No additional affirmative expert reports beyond those already submitted are permitted.

3. Responding expert reports shall be submitted by **February 5, 2010**.

4. Expert discovery shall be completed by **March 5, 2010**.

5. There shall be a Final Pretrial Conference before the Undersigned on **March 22, 2010** at **11:00 a.m.** By **March 15, 2010**, the parties shall submit a proposed joint Final Pretrial Order.

s/Claire C. Cecchi
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**