NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AEQUUS TECHNOLOGIES, L.L.C., AEQUUS TECHNOLOGIES CORP., RICHARD SCHATZBERG AND LEMUEL TARSHIS, : Plaintiffs, : v. : gh, L.L.C., DAVID SCHLEPPENBACH, JOSEPH P. SAID, and ABC CORP., a fictitious entity, : Defendants. | OPINION Civ. No. 03-5139 (WHW) |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is, on this 28th day of January, 2011:

ORDERED that Defendant's Motion to strike is GRANTED in part and DENIED in part.

**s/ William H. Walls**

United States Senior District Judge