**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AEQUUS TECHNOLOGIES, L.L.C., AEQUUS TECHNOLOGIES CORP., RICHARD SCHATZBERG AND LEMUEL TARSHIS, <br><br> Plaintiffs, <br><br> v. <br><br> gh, L.L.C., DAVID SCHLEPPENBACH, JOSEPH P. SAID, and ABC CORP., a fictitious entity, <br><br> Defendants. | **ORDER** <br><br> Civ. No. 03-5139 (WHW) |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is on this 15th day of April, 2011,

**ORDERED** that gh's motion for summary judgment is DENIED as to Aequus' breach of contract claim concerning the development agreement, Aequus' misrepresentation and negligent misrepresentation claims, Aequus' claim for tortious interference with existing contracts, Aequus' claim for conversion, and Aequus' unjust enrichment and quantum meruit claims;

**IT IS FURTHER ORDERED** that gh's motion for summary judgment is GRANTED as to Aequus' breach of contract claim concerning the contract, Aequus' breach of the duty good faith and fair dealing concerning the contract and the development agreement,

1

**NOT FOR PUBLICATION**

Aequus' claim for tortious interference with business advantage, and the claim under the Uniform Fraudulent Transfer Act.   These claims are dismissed with prejudice.

<u>s/ William H. Walls</u><br>
United States Senior District Judge